```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DISCOVERY ORTHO PARTNERS, LLC                    :
                                                 :
                          Plaintiff,             :
                                                 :      10 CV 1729 (HB)
            - against -                          :
                                                 :      OPINION &
OSSEOUS TECHNOLOGIES OF AMERICA, INC.,           :      ORDER
                                                 :
                          Defendants.            :
------------------------------------------------------------x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/11

**Hon. Harold Baer, Jr., District Judge:**

The parties having participated in a mediation before me and having reached a disposition, the Clerk of the Court is directed to close all open motions in the matter and remove it from my docket.

SO ORDERED
March 10, 2011
New York, New York

_____
Hon. Harold Baer, Jr.
U.S.D.J.

1